# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00663-CR
## NO. 03-02-00664-CR

**Jeremiah Oliver, Appellant**

**v.**

**The State of Texas, Appellee**

**FROM THE DISTRICT COURTS OF TOM GREEN COUNTY
51ST & 119TH JUDICIAL DISTRICTS, NOS. B-01-0274-S & A-01-0571-S
HONORABLE RAE LEIFESTE, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellant Jeremiah Oliver was placed on deferred adjudication community supervision after he pleaded guilty to sexually assaulting a child and failing to appear. Tex. Pen. Code Ann. '' 22.011(a)(2)(A), 38.10 (West 2003). He later pleaded true to the allegations in the State=s motions to revoke and adjudicate. Oliver was adjudged guilty of both offenses and sentenced to imprisonment for five years.

Oliver=s court-appointed attorney filed a brief concluding that the appeals are frivolous and without merit. The brief meets the requirements of *Anders v. California*, 386 U.S. 738 (1967), by presenting a professional evaluation of the records demonstrating why there are no arguable grounds to be advanced. *See also Penson v. Ohio*, 488 U.S. 75 (1988); *High v. State*, 573 S.W.2d 807 (Tex. Crim.

App. 1978); *Currie v. State*, 516 S.W.2d 684 (Tex. Crim. App. 1974); *Jackson v. State*, 485 S.W.2d 553 (Tex. Crim. App. 1972); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Oliver received a copy of counsel's brief, and he was advised of his right to examine the appellate records and to file a pro se brief. No pro se brief has been filed.

We have reviewed the records and counsel's brief and agree that the appeals are frivolous and without merit. We find nothing in the record that might arguably support the appeals. Counsel's motion to withdraw is granted.

The judgments of conviction are affirmed.

_____

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Affirmed

Filed: March 20, 2003

Do Not Publish